IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LENA MCGINNIS                                                                                           PLAINTIFF

     v.                                          CIVIL NO. 06-5145

MICHAEL J. ASTRUE[1], Commissioner
Social Security Administration                                                                    DEFENDANT

# O R D E R

On this 12th day of February, 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 42 U.S.C. § 406(b).  For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on January 23, 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2147.50.

     IT IS SO ORDERED.

     /s/Jimm Larry Hendren
     HON. JIMM LARRY HENDREN
     UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.